1
2
3
4
5      IN THE UNITED STATES DISTRICT COURT
6      WESTERN DISTRICT OF WASHINGTON
       SEATTLE DIVISION

| | |
|---|---|
| CARLA PHILPOTT,<br>　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of the Social Security Administration,<br><br>　　　Defendant. | Civil No. 3:21-CV-5741-TLF<br><br><br>ORDER |

After considering the filings of the parties regarding this issue, it is hereby ORDERED that attorney fees in the amount of $6,500.00 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. The check for EAJA fees shall be mailed to Dellert Baird Law Offices, PLLC, PO Box 429, Spanaway, WA, 98387.

IT IS SO ORDERED.

Dated this 14th day of June 2022.

　　　　　　　　　　　　　　　　　*/s/ Theresa L. Fricke*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Presented by:

CHRISTOPHER H. DELLERT, WA #42453
Dellert Baird Law Offices, PLLC
PO Box 429
Spanaway, WA 98387
Phone: (360) 329-6968
Fax: (360) 824-9371
Email: dellert.law.office@gmail.com

Attorney for Plaintiff